THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VASQUEZ TINOCO GASPAR,<br><br>               Plaintiff,<br><br>   v.<br><br>LOWELL CLARK,<br><br>               Defendant. | CASE NO. C14-1673-JCC<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.

2. Respondent's motion to dismiss, Dkt. 10, is GRANTED.  Dkt. 10.

3. Petitioner's habeas petition, Dkt. 5, is DENIED as moot, and this action is DISMISSED without prejudice.

4. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

//

//

//

ORDER OF DISMISSAL
PAGE - 1

1  DATED this 24th day of April 2015.

 

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE - 2